UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLAIRE BALL;<br>SCOTT SCHLUTER,<br><br>       Plaintiffs,<br><br>    v.<br><br>LISA M. MADIGAN, Attorney General of Illinois;<br>CHARLES W. SCHOLZ, Chairman, Illinois Board of Elections;<br>ERNEST L. GOWEN, Vice Chairman, Illinois Board of Elections;<br>BETTY J. COFFRIN, Member, Illinois Board of Elections;<br>CASANDRA B. WATSON, Member, Illinois Board of Elections;<br>WILLIAM J. CADIGAN, Member, Illinois Board of Elections;<br>ANDREW K. CARRUTHERS, Member, Illinois Board of Elections;<br>WILLIAM M. MCGUFFAGE, Member, Illinois Board of Elections;<br>JOHN R. KEITH, Member, Illinois Board of Elections, all in their official capacities,<br><br>       Defendants. | Civil Case No.   1:15-cv-10441 |

**JOINT INITIAL STATUS REPORT**

A. **NATURE OF THE CASE**

1. **Attorneys of Record.** Plaintiffs' counsel: Benjamin Barr, lead counsel, Stephen Klein, Jacob Huebert, Jeffrey Schwab. Defendants' counsel: Michael Dierkes, Chad Skarpiak.
2. **Basis of Federal Jurisdiction.** This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiffs' claims arise under the First and Fourteenth Amendments to the Constitution of the United States.

3. **Plaintiffs' Claims and Proceedings.** Plaintiffs allege that 10 ILCS 5/9-45 is a prior restraint against their rights of political association. 10 ILCS 5/9-45 forbids medical cannabis cultivation centers or medical dispensary organizations or their political action committees from making campaign contributions. Likewise, it forbids candidates running for political office in Illinois from accepting campaign contributions from these groups. Plaintiffs allege that there is no conceivable government interest in maintaining this ban against political association and that any interest the State of Illinois may have in preventing corruption may be dealt with in a manner better tailored to that problem. Defendants contend that the challenged statute is constitutional and have not filed any counterclaims. Defendants filed an answer (and a partial motion to dismiss) on January 8, 2016. All of the Defendants have been served with process.

B. **PROCEEDINGS TO DATE**

1. No substantive rulings have occurred to date.
2. Defendants filed a partial motion to dismiss on January 8, 2016.

C. **DISCOVERY AND CASE PLAN**
1. No formal or informal discovery has occurred to date.
2. The parties anticipate that discovery will not encompass a significant amount, if any, of electronically stored information as this case involves a legal question about the constitutionality of 10 ILCS 5/9-45.
3. Proposed Scheduling Order:
    i. Rule 26(a)(1) disclosures shall be made fourteen days after the initial status report is filed.
    ii. Deadline for issuing written discovery requests: 30 days after the partial motion to dismiss is decided. Plaintiffs anticipate to file a motion for summary judgment on or around February 26, 2016.
    iii. Close of Fact Discovery: If necessary, 3 months after the partial motion to dismiss is decided.
    iv. Expert Discovery: If necessary, plaintiffs' expert disclosures due 1 month after the close of fact discovery and defendants' expert disclosures due 1 month after plaintiffs' disclosures are served.
    v. Deadline for amending the pleadings and bringing in other parties: 30 days after the initial status report is issued.
    vi. Deadline for filing dispositive motions is 30 days after close of expert discovery.
4. No jury demand has been made.
5. Estimated length of trial: One day.

D. **SETTLEMENT**
1. Counsel conferred on January 14, 2016 and were unable to reach a settlement.
2. The parties do not request a settlement conference.

E.  **MAGISTRATE JUDGE**
1. Parties do not consent to proceed before a magistrate judge.

Respectfully submitted,

|  | /s/ Benjamin Barr |
|---|---|
| Jacob H. Huebert (#6305339) | Benjamin Barr (#6274521) |
| Jeffrey M. Schwab (#6290710) | Stephen R. Klein (#6300226) |
| Liberty Justice Center | Pillar of Law Institute |
| 190 S. LaSalle Street | 455 Massachusetts Avenue NW |
| Ste. 1500 | Ste. 359 |
| Chicago, Illinois 60603 | Washington, DC 20001-2742 |
| 312.263.7668 [Tel.] | 202.815.0955 [Tel.] |
| jhuebert@libertyjusticecenter.org | benjamin.barr@pillaroflaw.org |
| jschwab@libertyjusticecenter.org | stephen.klein@pillaroflaw.org |

Dated this 14th day of January, 2016.