# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CLAIRE BALL and SCOTT SCHLUTER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **15 C 10441** |
| **v.** ) | |
| ) | **Judge John Z. Lee** |
| **LISA M. MADIGAN, Attorney General** ) | |
| **of Illinois, CHARLES W. SCHOLZ,** ) | |
| **Chairman, Illinois Board of Elections,** ) | |
| **ERNEST L. GOWEN, Vice Chairman,** ) | |
| **Illinois Board of Elections, and** ) | |
| **BETTY J. COFFRIN, CASANDRA B.** ) | |
| **WATSON, WILLIAM J. CADIGAN,** ) | |
| **ANDREW K. CARRUTHERS, WILLIAM** ) | |
| **M. McGUFFAGE, and JOHN R. KEITH,** ) | |
| **members of the Illinois Board of** ) | |
| **Elections, in their official capacities,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiffs and against Defendants.

2. 10 Ill. Comp. Stat. 5/9-45 violates the First Amendment of the United States Constitution, both on its face and as applied to Plaintiffs, and it is therefore declared void and unenforceable.

3. Pursuant to 42 U.S.C. § 1983, Defendants, their successors, and their representatives are permanently enjoined from taking any action to enforce 10 Ill. Comp. Stat. 5/9-45.

**IT IS SO ORDERED.**           **ENTERED    3/30/17**

_____
**John Z. Lee**
**United States District Judge**